IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES LUTCHER NEGLEY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FEDERAL BUREAU OF )<br>INVESTIGATION, )<br>)<br>Defendant. )<br>_____ ) | Civil Case No. 03-2126 (GK) |

**PLAINTIFF'S MOTION FOR CONTEMPT FOR DEFENDANT
FEDERAL BUREAU OF INVESTIGATION'S FAILURE TO COMPLY
WITH THE COURT'S SEPTEMBER 24, 2009 ORDER**

Plaintiff, James Lutcher Negley, by his undersigned attorneys, moves for the FBI to be found in contempt for failure to comply with this Court's September 24, 2009 Order and that sanctions be imposed. The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities.

Dated: April 5, 2010

Respectfully submitted,

/s/ Prashant K. Khetan
Prashant K. Khetan, D.C. Bar No. 477636
TROUTMAN SANDERS, LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
Telephone: (202) 274-2950
Facsimile: (202) 274-2994

*Attorneys for Plaintiff,*
James Lutcher Negley