IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES LUTCHER NEGLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. 03-2126 (GK) |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Contempt for Defendant Federal Bureau of Investigation's Failure to Comply with the Court's September 24, 2009 Order, any opposition and reply thereto, it is this ____ day of _____, 2010, hereby ORDERED that

1. Plaintiff's Motion for Contempt be, and hereby is, GRANTED;

2. the Defendant is in contempt of the Court's September 24, 2009 Order;

3. within 10 days of the date of this Order, Defendant shall comply with the Court's September 24, 2009 Order by searching for and producing all documents that reference or relate to Negley in any way, with no restrictions imposed by the Defendant;

4. Plaintiff shall be given an opportunity to depose David M. Hardy, at the Defendant's cost, based on the aforementioned search and production; and

5. the Defendant shall pay a penalty to Plaintiff of _____, as well as his attorneys' fees associated with the Defendant's failure to comply with the Court's September 24, 2009 Order, based on supporting documentation to be submitted by Plaintiff within 14 days.

_____
Gladys Kessler
UNITED STATES DISTRICT JUDGE